UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Matthew Ryan Vincil,**

          **Plaintiff,**

**CASE NUMBER: 12-12728**
**HONORABLE VICTORIA A. ROBERTS**
**MAG. JUDGE CHARLES BINDER**

**v.**

**Commissioner of Social Security,**

          **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 2, 2013, Magistrate Judge Binder issued a Report and Recommendation [Doc.16], recommending that Plaintiff's Motion for Summary Judge [Doc. 10] be granted; Defendant's Motion for Summary Judgment [Doc. 14] be denied and that this matter be remanded for an award of benefits. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation.

This matter is remanded for an award of benefits.

    **IT IS ORDERED**.

                              /s/ Victoria A. Roberts
                              Victoria A. Roberts
                              United States District Judge

Dated:  May 22, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 22, 2013.

S/Linda Vertriest
Deputy Clerk